**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Steven White, | ) No. CIV 05-2400-PHX-ROS (DKD) |
| Plaintiff, | ) **ORDER OF DISMISSAL** |
| vs. | ) |
| Joseph Arpaio, | ) |
| Defendant. | ) |

Plaintiff, formerly an inmate at Maricopa County Durango Jail, filed a *pro se* Prisoner Civil Rights Complaint on August 10, 2005 (Doc. #1).  The Court issued a Notice of Assignment on that date, which warned Plaintiff that failure to file a Notice of Change of Address could result in the dismissal of his Complaint (Doc. #2).  The Court ordered Defendant Arpaio to answer the Complaint on December 16, 2005 (Doc. # 4).  On December 22, 2005, the Court's Order was returned as undeliverable, indicating that Plaintiff had been released from custody, and that no forwarding information was available (Doc. #5).

**IT IS THEREFORE ORDERED DISMISSING** Plaintiff's Complaint **WITHOUT PREJUDICE** (Doc. #1).

DATED this 5th day of January, 2006.

_____

Roslyn O. Silver
United States District Judge